THE BOARD OF SUPERVISORS OF LIVINGSTON COUNTY

*v.*

PATRICK HENNEBERRY.

WRIT OF ERROR to the Circuit Court of Livingston county; the Hon. CHARLES R. STARR, Judge, presiding.

Mr. A. E. HARDING, for the plaintiffs in error.

Mr. JOHN M. BARRIT for the defendant in error.

Mr. JUSTICE BREESE: This case is in all respects similar to the case of the Board of Supervisors of Livingston county

against William Henneberry, *ante*, and must be decided in the same way.

The decree of the Circuit Court is reversed.

*Decree reversed.*